UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KAREN ROYCE, | ) | 3:12-CV-0350-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 3, 2012 |
| WESTERN NEVADA COLLEGE, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　Defendants filed a motion to stay discovery (#7). Plaintiff filed a notice of non-opposition (#11). Therefore, defendants' motion to stay discovery (#7) pending the disposition of the motion to dismiss is **GRANTED**. The parties shall have ten days following the court's ruling to submit a discovery plan and scheduling order, if necessary.

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　By:            /s/
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk